IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| RISER FOODS COMPANY, a Delaware corporation,<br><br>    Plaintiff,<br><br>v.<br><br>SHOREGATE PROPERTIES, LTD., an Ohio limited liability company,<br><br>    Defendant. | CIVIL ACTION NO. _____ |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Local Rule 3.13(b) of the Northern District of Ohio and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff, Riser Foods Company, in the above-captioned action certifies that the following entity is the parent corporation of Riser Foods Company: Giant Eagle, Inc.

Dated: March 4, 2009

Respectfully submitted,

*/s/ Patricia W. Henk*
Patricia W. Henk (0078641)
MARCUS & SHAPIRA LLP
One Oxford Centre, 35th Floor
301 Grant Street
Pittsburgh, PA 15219
henk@marcus-shapira.com
(412) 471-3490